UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH SOLVASON,<br><br>        Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 22-cv-08990-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the Initial Case Management Conference held on March 30, 2023, IT IS ORDERED:

- Deadline to Participate in Private Mediation:     June 28, 2023
- Deadline to Hear Motions Re: Standard of Review:  October 5, 2023
- Cross-Opening Rule 52 Briefs:                     December 7, 2023
- Cross-Responsive Rule 52 Briefs:                  January 11, 2024
- Hearing on Rule 52 Briefs:                        February 1, 2024 10:00 a.m.

A further case management conference is scheduled for July 20, 2023 at 1:30 p.m. via Zoom video. The Court will be particularly interested in whether the parties believe a magistrate judge settlement conference could be helpful, and, if so, the timing of such conference, as well as any remaining dispute regarding the standard of review and whether discovery is needed/appropriate.

**IT IS SO ORDERED.**

Dated: March 30, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge